UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KOTILA,

       Plaintiff,                      Case No. 1:22–cv–704

v.                                        Hon. Paul L. Maloney

CHARTER FINANCIAL PUBLISHING
NETWORK, INC.,

       Defendant.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above–captioned case was filed in this court on August 3, 2022 . The case has been assigned to Paul L. Maloney .

CLERK OF COURT

Dated:  August 4, 2022      By:   /s/ J. Gardner_____
                                                   Deputy Clerk