# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Matthew Kotila

Case No. 22-cv-00704
Hon. Paul L. Maloney

v.

Charter Financial Publishing Network, Inc.

TO: Charter Financial Publishing Network, Inc.
ADDRESS: c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

E. Powell Miller
The Miller Law Firm, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307

CLERK OF COURT



August 4, 2022

_____
By: Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for _____Charter Financial Publishing Network, Inc._____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                   (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

See Attached Affidavit
_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN
(NAME OF COURT)

**Matthew Kotila** vs Charter Financial Publishing Network, Inc.
PLAINTIFF/PETITIONER                    DEFENDENT/RESPONDENT                    CASE NUMBER

I  John W. Gill _____, being first duly sworn, depose and say:  that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served  Charter Financial Publishing Network, Inc.
                                          NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons & Complaint**

by leaving with **Theresa Gradison**                    Administrative Assistant of Cogency Global, Inc.  At
                          NAME                                          RELATIONSHIP

☐ Residence _____
                          ADDRESS                                          CITY / STATE

☒ Business 850 New Burton Road, Suite 201,                    Dover, DE 19904
                          ADDRESS                                          CITY / STATE

On_____08/11/2022_____AT_____11:56 am_____
                DATE                                          TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                                                        DATE

from_____
              CITY              STATE              ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address      ☐ Moved, Left no Forwarding      ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                                        DATE              TIME              DATE              TIME

(3)_____ (4)_____ (5)_____
            DATE              TIME              DATE              TIME              DATE              TIME

**Description:.** Age 33  Sex female Race black Height 5'7"  Weight 200 lbs Hair black Beard no    Glasses no

                                                                        SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 11th day of August , 20 22 , by John W. Gill.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MARK C. TRIMBLE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 28, 2026

                                                                        SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **Delaware**