UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MATTHEW KOTILA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARTER FINANCIAL PUBLISHING NETWORK, INC.,<br><br>　　　　Defendant. | Case No. 1:22-cv-00704-PLM-RSK<br><br>Hon. Paul L. Maloney<br><br>NOTICE OF COGNATE CASE |

## PLAINTIFF'S NOTICE OF COGNATE CASE

Plaintiff Matthew Kotila, by and through his counsel, hereby submits the following Notice.

1.　On August 1, 2022, Plaintiff filed his Complaint against Defendant alleging violations of the pre-July 31, 2016 version of Michigan's Preservation of Personal Privacy Act. ECF No. 1, PageID.2.

2.　Per Western District Local Rule 3.3.2(c), cognate cases—those in which "pending civil actions involving the same or similar questions of fact or law such that their assignment to a single judge is likely to effect a substantial saving of judicial effort and to avoid wasteful and duplicative proceedings for the court and the parties"—upon determination of the Court, may be assigned to a single judge. LCivR 3.3.2(c)(1)-(2).

3.      On July 6, 2022, as ordered by Robert J. Jonker per Administrative Order No. 22-CA-055, Chief United States District Judge for the Western District of Michigan—and upon recommendation of Magistrate Judge Ray Kent—determined that certain "cognate cases alleging violations of the pre-July 31, 2016 version of Michigan's Preservation of Personal Privacy Act" should be assigned to a single judge, the Honorable Hala Y. Jarbou. *See In Re: Reassignment of Cognate Cases Pursuant to Local Civil Rule 3.3.2(c)*, Western District of Michigan Administrative Order No. 22-CA-055.[1]

4.      A copy of Administrative Order No. 22-CA-055 was filed in each of the cases below, and these cases were reassigned to the Honorable Hala Y. Jarbou.

| Case | Case No. |
|---|---|
| *Bozung v. Christianbook, LLC* | 1:22-cv-304 |
| *Meahl v. The Nation Company, LLC* | 1:22-cv-402 |
| *Bracy v. The Parable Group, Inc.* | 1:22-cv-403 |
| *Taylor v. Active Interest Media, Inc.* | 1:22-cv-447 |
| *Taylor v. Belvoir Media Group, LLC* | 1:22-cv-477 |
| *Osborn, et al. v. B.A.S.S., LLC* | 1:22-cv-520 |
| *Fotis, et al. v. This Old House Ventures, LLC* | 1:22-cv-549 |
| *Prestel v. Christianity Today International* | 1:22-cv-551 |
| *Kochanski v. American City Business Journals, Inc.* | 1:22-cv-582 |

---

[1] *See, e.g., Osborn, et al. v. B.A.S.S., LLC*, 1:22-cv-0052 PageID.538-539.

5. Plaintiff files the present Notice to make the Court aware that the present case is also a cognate case alleging violations of the pre-July 31, 2016 version of Michigan's Preservation of Personal Privacy Act, and, as such, should be assigned to the Honorable Hala Y. Jarbou per Administrative Order No. 22-CA-055.

                                      **RESPECTFULLY SUBMITTED,**

Dated:  September 28, 2022        **THE MILLER LAW FIRM, P.C.**

                                      By:   /s/ E. Powell Miller
                                              E. Powell Miller

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
jmarchese@bursor.com
pfraietta@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin
1395 Brickell Avenue, Suite 1140
Miami, FL  33131
Telephone: (305) 357-2107
fhedin@hedinhall.com

*Attorneys for Plaintiff/Putative Class*

## **CERTIFICATE OF SERVICE**

I, E. Powell Miller, an attorney, hereby certify that on September 28, 2022, I served the above and foregoing *Plaintiff's Notice of Cognate Case* by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

>*/s/ E. Powell Miller*
>E. Powell Miller
>**THE MILLER LAW FIRM, P.C.**
>950 W. University Dr., Ste 300
>Rochester, MI 48307
>Tel: 248.841.2200