UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MATTHEW KOTILA, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>CHARTER FINANCIAL PUBLISHING NETWORK, INC.,<br><br>　　Defendant. | Case No. 1:22-cv-00704-PLM-RSK<br><br>Hon. Paul L. Maloney<br><br>**APPLICATION FOR CLERK'S ENTRY OF DEFAULT** |

**PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY
OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

Plaintiff Matthew Kotila, individually and on behalf of all others similarly situated, respectfully submits this application for a Clerk's entry of default against Defendant Charter Financial Publishing Network, Inc. pursuant to Federal Rule of Civil Procedure 55(a).

As demonstrated by the record in this action and the declaration of E. Powell Miller (and accompanying exhibits) attached hereto as **Exhibit A**, Defendant Charter Financial Publishing Network, Inc. has failed to answer, respond to, or otherwise defend this action within the time specified in Federal Rule of Civil Procedure 12(b)(1)(A).

Accordingly, Plaintiff, individually and on behalf of the proposed class, moves for a Clerk's entry of default against Defendant pursuant to Federal Rule of

Civil Procedure 55(a). A proposed order entering Clerk's default against Defendant is attached hereto as **Exhibit B**.

Dated:  September 28, 2022                    Respectfully submitted,

/s/ *E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
David W. Hall
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
dhall@hedinhall.com

*Counsel for Plaintiff & Putative Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 28, 2022, a true and correct copy of the foregoing was served by electronic service via the Court's CM/ECF service on all counsel or parties of record on the service list in the above-entitled action. I further certify that a true and correct copy of the foregoing is being sent this same date to the persons listed below via prepaid first-class U.S. Mail:

- Charter Financial Publishing Network, Inc., c/o Cogency Global, 850 New Burton Road, Suite 201, Dover, DE 19904

/s/ *E. Powell Miller*
E. Powell Miller