## **INDEX OF EXHIBITS**

A- Declaration of E. Powell Miller

B- [Proposed] Clerk's Entry of Default