# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MATTHEW KOTILA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CHARTER FINANCIAL PUBLISHING NETWORK, INC.,<br><br>      Defendant. | Case No. 1:22-cv-00704-PLM-RSK<br><br>Hon. Paul L. Maloney |

### **[PROPOSED] CLERK'S ENTRY OF DEFAULT**

Pursuant to Federal Rule of Civil Procedure 55(a) and upon application by the Plaintiff, individually and on behalf of all others similarly situated, default is hereby entered against Defendant Charter Financial Publishing Network, Inc.

DEFAULT ENTERED this ___ day of September, 2022.

_____
Clerk of Court