UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF REASSIGNMENT
OF CASE NO. 1:22-cv-704                           Administrative Order No. 22-CA-088
_____/

**WHEREAS**, upon recommendation of Magistrate Judge Ray Kent, Case No. 1:22-cv-704, *Matthew Kotila v. Charter Financial Publishing Network, Inc.*, a case assigned to the Honorable Paul L. Maloney, has been determined to be a cognate case alleging violations of the pre-July 31, 2016 version of Michigan's Preservation of Personal Privacy Act;

**IT IS ORDERED** that, in the interests of judicial economy and to conserve judicial resources, the above cases shall be **REASSIGNED** to the undersigned, who has the previously filed cognate case of *Krassick v. Archaeological Institute of America,* case no. 2:21-cv-180, pursuant to W.D. Mich LCivR 3.3.2(c).

**IT IS FURTHER ORDERED** that Magistrate Judge Ray Kent shall be the assigned magistrate in this case.

**IT IS FURTHER ORDERED** that another case shall be assigned to the Honorable Paul L. Maloney, according to the approved procedure

A copy of this Administrative Order shall be filed in this case.

FOR THE COURT:

Dated: October 5, 2022

HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE