UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KOTILA,

       Plaintiff,                      Case No. 1:22–cv–704

v.                                    Hon. Hala Y. Jarbou

CHARTER FINANCIAL PUBLISHING
NETWORK, INC.,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Status Conference
Date/Time:  October 13, 2022   09:00 AM
Chief Judge:  Hala Y. Jarbou
Place/Location:  by video

                                            HALA Y. JARBOU
                                            Chief United States District Judge

Dated:   October 6, 2022        By:   /s/ A. Seymore
                                             Judicial Assistant