## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

## MINUTES

MATTHEW KOTILA,

     Plaintiff,

                                  CASE NO. 1:22-cv-704
                                   DATE: October 13, 2022

v.
                                   TIME: 9:19 AM - 9:37 AM

CHARTER FINANCIAL PUBLISHING        PLACE: Lansing (via Zoom)
NETWORK, INC.,                             JUDGE: Hala Y. Jarbou

     Defendant.

_____/

## APPEARANCES

PLAINTIFF(S):
Frank S. Hedin
Gregory A. Mitchell

DEFENDANT(S):

## PROCEEDINGS

NATURE OF HEARING:
Status conference held on the record.

COURT REPORTER:   Genevieve Hamlin                     /s/ K. Wilkes

                                                      CASE MANAGER