UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KOTILA,

      Plaintiff,

v.

CHARTER FINANCIAL PUBLISHING
NETWORK, INC.,

      Defendant.

_____/

Hon. Hala Y. Jarbou

Case No. 1:22-cv-704

## <u>ENTRY OF DEFAULT</u>

      It appearing from the files and records that affidavit for default has been duly filed and that defendant(s) Charter Financial Publishing Network, Inc. failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

      NOW THEREFORE, on affidavit of counsel for plaintiff(s) and in accordance with the rules of this court, default is hereby entered against defendant(s) Charter Financial Publishing Network, Inc. according to Rule 55(a) of the Federal Rules of Civil Procedure.

CLERK OF COURT

/s/ Sandra Kivela

Date:  October 19, 2022

By: Deputy Clerk