## INDEX OF EXHIBITS

Exhibit A    Bursor & Fisher, P.A. firm resume

Exhibit B    Hedin Hall LLP firm resume

Exhibit C    The Miller Law Firm, P.C. firm resume

Exhibit D    Proposed Order