# Exhibit C

# THE MILLER LAW FIRM

## A Professional Corporation

950 W. University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200

**www.millerlawpc.com**

# THE MILLER LAW FIRM, P.C. | FIRM RESUME

The Miller Law Firm, P.C. (the "Firm") is one of the premier litigation law firms in the United States and Michigan's leading financial class action firm. A recognized leader in the area of complex commercial litigation, the Firm is ranked Tier 1 in Detroit by *U.S. News-Best Lawyers* "Best Law Firms" for commercial litigation. Since the Firm's founding in 1994, the Firm has developed a national reputation for successfully prosecuting securities fraud and consumer class actions on behalf of its clients. As Lead Counsel or Co-Lead Counsel appointed by judges throughout the United States in some of the country's largest and most complex cases, the Firm has achieved over $3 billion in settlements, recoveries and/or verdicts on behalf of injured class members.

## **Highlights of Results Obtained**

2021    *Persad, et al. v. Ford Motor Company*
(United States District Court, Eastern District of Michigan)
(Case No. 2:17-cv-12599) (Co-Lead Counsel)

Result:   Obtained significant class-wide relief for nationwide owners and lessees

*Simmons, et al. v. Apple, Inc.*
(Superior Court of the State of California, County of Santa Clara)
(Case No. 17CV312251) (Co-Lead Counsel)

Result:   $9,750,000

2019    *Carl Palazzolo, et al. Fiat Chrysler Automobiles N.V., et al.*
(United States District Court, Eastern District of Michigan)
(Case No. 16-cv-12803) (Co-Lead Counsel)

Result:   $14,750,000

*Zimmerman v. Diplomat Pharmacy, Inc., et al.*
(United States District Court, Eastern District of Michigan)
(Case No. 2:16-cv-14005) (Liaison Counsel)

Result:   $14,100,000

2018    *In re Freight Forwarders Antitrust Litigation*
(United States District Court, Eastern District of New York)
(Case No. 08-cv-00042) (Counsel for Class Representative)

Result:   $1 billion settlement amount

| | |
|---|---|
| 2017 | *Foster v. L3 Communications, EO Tech* <br> (United States District Court, Western District of Missouri) <br> (Case No. 15-cv-03519) (Co-Lead Counsel) |

Result:   $51 million (100% recovery)

| | |
|---|---|
| 2016 | *In re Automotive Parts Antitrust Litigation* <br> (United States District Court, Eastern District of Michigan) <br> (Case No. 12-md-02311) (Liaison Counsel) |

Result:   Over $1 billion in settlements

*GM Securities Class Action/New York Teachers Retirement System v. General Motors Company*
(United States District Court, Eastern District of Michigan)
(Case No. 4:14-cv-11191) (Local Counsel)

Result:   $300 million settlement

*ERISA Class Action/Davidson v. Henkel Corporation*
(United Sates District Court, Eastern District of Michigan)
(Case No. 12-cv-14103) (Lead Counsel)

Result:   $3.35 million settlement (100% Recovery for 41 member class)

*Pat Cason-Merenda and Jeffrey A. Suhre v. VHS of Michigan, Inc., dba Detroit Medical Center (Antitrust)*
(United States District Court, Eastern District of Michigan)
(Case No. 2:06-cv-15601) (Special Trial Counsel)

Result:   $42 million settlement

| | |
|---|---|
| 2015 | *In re AIG 2008 Securities Litigation* <br> (United States District Court, Southern District of New York) <br> (Case No. 08-cv-04772) (Co-Lead Counsel) |

Result:   $970.5 million settlement

| | |
|---|---|
| 2014 | *City of Farmington Hills Employees Retirement System v. Wells Fargo Bank, N.A.* <br> (United States District Court, District of Minnesota) <br> (Case No. 10-cv-04372) (Co-Lead Counsel and Primary trial counsel) |

Result:  $62.5 million settlement approved

*The Shane Group, Inc., et al. v. Blue Cross Blue Shield of Michigan*
(United States District Court, Eastern District of Michigan)
(Case No. 2:10-cv-14360) (Interim Co-Lead)

Result:  $30 million settlement pending final approval

*In re Refrigerant Compressors Antitrust Litigation*
(United States District Court, Eastern District of Michigan)
(Case No. 09-md-02042) (Interim Co-Lead)

Result:  $30,000,000 settlement

2013    *The Board of Trustees of the City of Birmingham Employees et. al. v. Comerica Bank et. al.*
(United States District Court, Eastern District of Michigan)
(Case No. 2:09-13201) (Co-Lead Counsel)

Result:  $11,000,000 settlement

*In Re Caraco Pharmaceutical Laboratories, Ltd. Securities Litigation*
(United States District Court, Eastern District of Michigan)
(Case No. 2:09-cv-12830) (Co-Lead Counsel for the Class)

Result:  $2,975,000 settlement

*In Re TechTeam Global Inc. Shareholder Litigation*
(Oakland County Circuit Court, State of Michigan)
(Case No. 10-114863-CB)  (Liaison Counsel)

Result:  $1,775,000 settlement

*General Retirement System of the City of Detroit and Police and Fire Retirement System of the City of Detroit vs. UBS Securities, LLC (Structured Investment Vehicle)*
(United States District Court, Eastern District of Michigan)
(Case No. 2:10-cv-13920) (Lead Counsel)

Result:   Confidential settlement

| | |
|---|---|
| 2010 | *Epstein, et al. v. Heartland Industrial Partners, L.P., et al.* <br> (United States District Court, Eastern District of Michigan) <br> (Case No. 2:06-CV-13555) (Substantial role) <br><br> Result:  $12,262,500 settlement <br><br> *In Re Skilled Healthcare Group, Inc. Securities Litigation* <br> (United States District Court, Central District of California) <br> (Case No. 09-5416) (Substantial role) <br><br> Result:  $3,000,000 settlement |
| 2009 | *In Re Proquest Company Securities Litigation* <br> (United States District Court, Eastern District of Michigan) <br> (Case No. 4:06-CV-11579) (Substantial role; argued Motion to Dismiss) <br><br> Result:  $20,000,000 settlement <br><br> *In Re Collins & Aikman Corporation Securities Litigation* <br> (United States District Court, Eastern District Michigan) <br> (Case No. 03-CV-71173) (Substantial role) <br><br> Result:  $10,800,000 settlement <br><br> *In re IT Group Securities Litigation* <br> (United States District Court, Western District of Pennsylvania) <br> (Civil Action No. 03-288) (Co-Lead) <br><br> Result:  $3,400,000 settlement |
| 2008 | *In re Mercury Interactive Securities Litigation* <br> (United States District Court, Northern District of California) <br> (Civil Action No. 03:05-CV-3395-JF) (Substantial role) <br><br> Result:  $117,000,000 settlement <br><br> *In Re General Motors Corporation Securities and Derivative Litigation* <br> (United States District Court, Eastern District of Michigan) <br> (Master Case No. 06-MD-1749) (Co-Lead) <br><br> Status: Obtained major corporate governance reforms to address accounting |

|      |      |
|------|------|
|      | deficiencies |
| 2007 | *Wong v. T-Mobile USA, Inc.* <br> (United States District Court, Eastern District of Michigan) <br> (Case No. 05-CV-73922) (Co-Lead) <br><br> Result: Settlement for 100% of damages <br><br> *In re CMS Energy Corporation Securities Litigation* <br> (United States District Court, Eastern District Michigan) <br> (Master File No. 2:02 CV 72004) (Substantial role) <br><br> Result: $200,000,000 settlement |
| 2005 | *In re Comerica Securities Fraud Litigation* <br> (United States District Court, Eastern District of Michigan) <br> (Case No. 2:02-CV-60233) (Substantial role) <br><br> Result: $21,000,000, divided between related cases at $15,000,000 and $6,000,000 <br><br> *Street v. Siemens* <br> (Philadelphia State Court) <br> (Case No. 03-885) (Co-Lead) <br><br> Result: $14,400,000, including 100% recovery for more than 1,000 workers wrongfully deprived of pay <br><br> *Redmer v. Tournament Players Club of Michigan* <br> (Wayne County Circuit Court) (Case No. 02-224481-CK) (Co-Lead) <br><br> Result: $3,100,000 settlement |
| 2004 | *Passucci v. Airtouch Communications, Inc.* <br> (Wayne County Circuit Court) (Case No. 01-131048-CP) (Co-Lead) <br><br> Result: Estimated settlement valued between: $30,900,000 to $40,300,000 <br><br> *Johnson v. National Western Life Insurance* <br> (Oakland County Circuit Court) <br> (Case No. 01-032012-CP) (Substantial role) |

|      |   |
|------|---|
|      | Result:  $10,700,000 settlement on behalf of nation-wide class of purchasers of annuities |
| 2003 | *Felts v. Starlight*<br>(United States District Court, Eastern District Michigan)<br>(Case No. 01-71539) (Co-Lead)<br><br>Result: Starlight agrees to stop selling ephedrine as an ingredient in its weight loss dietary supplement product<br><br>*In re Lason Securities Litigation*<br>(United States District Court, Eastern District Michigan)<br>(Case No. 99-CV-76079) (Co-Lead)<br><br>Result: $12,680,000 settlement |
| 2001 | *Mario Gasperoni, et al. v. Metabolife International, Inc.*<br>(United States District Court, Eastern District Michigan)<br>(Case No. 00-71255) (Co-Lead)<br><br>Result: Nationwide settlement approved mandating changes in advertising and labeling on millions of bottles of dietary supplement, plus approximately $8,500,000 in benefits |
| 1999 | *Pop v. Art Van Furniture and Alexander Hamilton Insurance Company*<br>(Wayne County Circuit Court)(Case No. 97-722003-CP) (Co-Lead)<br><br>Result: Changes in sales practices and $9,000,000 in merchandise.<br><br>*Schroff v. Bombardier*<br>(United States District Court, Eastern District Michigan)<br>(Case No. 99-70327) (Co-Lead)<br><br>Result:  Recall of more than 20,000 defective Seadoos throughout North America; repair of defect to reduce water ingestion problem; extended warranties; and approximately $4,000,000 in merchandise.<br><br>*In re National Techteam Securities Litigation*<br>(United States District Court, Eastern District Michigan)<br>(Master File No.  97-74587) (Substantial role)<br><br>Result:  $11,000,000 settlement |

    *In Re F&M Distributors, Inc., Securities Litigation*
    (United States District Court, Eastern District Michigan)
    (Case No. 95-CV-71778-DT) (Minor role)

    Result:  $20,000,000 settlement

1998  *In Re Michigan National Corporation Securities Litigation*
    (United States District Court, Eastern District Michigan)
    (Case No 95 CV 70647 DT) (Substantial role)

    Result:  $13,300,000 settlement

1995  *In re Intel Pentium Processor Litigation*
    (Superior Court, Santa Clara County, California)(Master File No. 745729)
    (Substantial role)

    Result: Intel agreed to replace millions of defective Pentium chips on demand without any cost to consumers

# SELECTED RESUMES



248-841-2200  |  WWW.MILLER.LAW

**ROCHESTER**
950 W. UNIVERSITY DR.
SUITE 300
ROCHESTER, MI 48307

**DETROIT**
1001 WOODWARD AVE.
SUITE 850
DETROIT, MI 48226

# E. POWELL MILLER, PARTNER



✉ EPM@millerlawpc.com

Powell Miller has been recognized as Michigan's number one ranked attorney by Super Lawyers Magazine for 2020. He has also been named one of the Top 10 lawyers in Michigan for thirteen consecutive years, from 2009-2021, by Super Lawyers Magazine, and in 2010, 2015, 2019, and 2020 he was the recipient of the Best Lawyers – Lawyer of the Year in the category of Bet-The-Company Litigation. In 2017, Mr. Miller was the recipient of the Judge Friedman and Cook Civility Award, which is awarded to only one lawyer each year. He has been named as one of the Best Lawyers in America every year since 2005. Mr. Miller has earned Martindale-Hubbell's highest rating, AV® Preeminent™ 5/5.0 for legal ethics and ability and a 10/10 from AVVO a public rating system. Mr. Miller is also ranked as only one of nine in Michigan to receive the highest Band 1 rating by Chambers USA, describing Mr. Miller as a "Superb trial lawyer" who "routinely acts for high-profile clients based across the [United] states."

Mr. Miller focuses his practice on all aspects of litigation. He has been retained by many Fortune 500 and other clients to represent them in litigation throughout the United States, including in Michigan, New York, New Jersey, Pennsylvania, Arkansas, Florida, Texas, Kentucky, Ohio, California, Colorado, Indiana, and Illinois.

Mr. Miller recently won an arbitration against Jimmy Johns in the amount of $4.8 million including a $1 million attorney fee award. He has never lost a trial, including verdicts in excess of $5 million, $10 million and $23 million. Mr. Miller has also obtained in excess of $5 billion in settlements. These settlements are regularly among the top ten in Michigan each year, including a high-profile verdict in May, 2016 for 100% liability.

In October, 2019 Mr. Miller defended a consumer goods manufacturer against Plaintiffs asserting complex price discrimination and antitrust claims, and alleging millions of dollars in damages. Following a 3-week trial and seven hours of deliberations, a California jury returned a unanimous verdict in favor of his client, rejecting all of Plaintiffs' claims.

Mr. Miller has previously served as Co-President of the Detroit Chapter of the Federal Bar Association Antitrust and Securities Committees. He also serves on the Executive Committee for the Wayne State University Law School Board of Visitors and has served a Co-Chair of the American Bar Association Procedures Subcommittee on class actions and multi-district litigation. He lectures regularly on securities litigation at the University of Michigan School of Law. He has also served as an Adjunct Professor at the University of Detroit Law School teaching trial practice. In addition, Mr. Miller regularly speaks at continuing legal education seminars on securities fraud class actions. Mr. Miller also serves as a Master member of The Oakland County Bar Association Inns of Court.

Mr. Miller graduated third in his class from Wayne State University Law School, magna cum laude, in 1986. He was named to the honor society, Order of the Coif, and he was an Editor of the Wayne Law Review. In 1986, Mr.



Miller joined the Detroit law firm of Honigman Miller Schwartz and Cohn, where he was elected partner in 1990. In 1994, he formed his own firm.

Mr. Miller has been recognized as a top debater in the United States. He won first place at the Harvard University National Debate Tournament as a freshman at Georgetown University. He also represented Georgetown in a special international debating exhibition against the Oxford Debating Union of Great Britain.

Mr. Miller is a proud supporter of the Detroit Urban Debate League, a nonprofit that supports the creation of debate programs in under-served high schools; the University of Detroit Jesuit High School and Academy; The Joe Niekro Foundation, which is committed to aiding in the research and treatment of aneurysm patients and families; and Charlotte's Wings, a nonprofit that is dedicated to supporting ailing children in Southeast Michigan through donations of new books to the children and their families in hospital and hospice care.

**EDUCATION:**

**UNIVERSITY OF DETROIT JESUIT HIGH SCHOOL, 1979**

**GEORGETOWN UNIVERSITY, B.A., 1983**

**WAYNE STATE UNIVERISTY LAW SCHOOL, J.D., 1986**





| | ROCHESTER | DETROIT |
|---|---|---|
| | 950 W. UNIVERSITY DR. | 1001 WOODWARD AVE. |
| | SUITE 300 | SUITE 850 |
| 248-841-2200 | WWW.MILLER.LAW | ROCHESTER, MI 48307 | DETROIT, MI 48226 |



# SHARON S. ALMONRODE, PARTNER
✉ SSA@millerlawpc.com

Sharon S. Almonrode is a partner at The Miller Law Firm, where she is also the Chair of the Firm's Class Action and Multi-District Litigation Department.. She has a complex litigation practice with an emphasis on prosecuting large, high-risk, significant damage exposure cases on behalf of clients. Her practice includes ERISA and pension fund litigation, breach of fiduciary duty, consumer products and commercial litigation. She has represented commercial clients in products liability and patent and trademark related litigation. She has successfully represented clients in multi-million dollar cases, including the successful resolution of an actuarial claim for $110 million dollars.

Ms. Almonrode was appointed to the Plaintiffs' Steering Committee in ongoing litigation against Mylan Pharmaceuticals and other drug companies regarding their anti-competitive conduct in the sale of EpiPen epinephrine auto-injectors, resulting in a monopoly that has made them billions of dollars at the expense of consumers and third party payors. *See In Re: Epipen (Epinephrine Injection, UPS) Marketing, Sales Practices and Antitrust Litigation,* No. 17-md-02785 (D. Kan.). Ms. Almonrode also served as co-lead counsel in *In Re: Foster v. L3 Communications, EO Tech*, No. 15-cv-03519 (E.D. Mich.) which settled in excess of $51 million, as well as co-lead counsel in the ERISA class action *Davidson v. Henkel Corporation*, No. 12-cv-14103 (E.D. Mich.) which settled for $3.35 million, resulting in a 100% recovery for the class.

In 2010, she received the special distinction of Michigan Leader in the Law, awarded by *Michigan Lawyers' Weekly*. For the past eleven years, Ms. Almonrode has been named a Super Lawyer. For the past nine years, she has been named one of the top 50 Women Super Lawyers in the State of Michigan (out of approximately 11,000 women practicing in the state). For the past eight years, she has been named one of the top 100 Lawyers in Michigan (out of 34,204 lawyers in the state). She was named one of the top five Consumer Lawyers in the State of Michigan for 2016. Ms. Almonrode was named among the most notable women lawyers in Michigan by *Crain's Detroit Business* for 2017. Recently, she was admitted to the inaugural class of the Michigan Lawyers' Weekly Hall of Fame. She has earned Martindale-Hubbell's highest rating, AV®Preeminent™ 5/5.0 for legal ethics and ability.

Ms. Almonrode was admitted to practice in the State of Michigan in 1982. She is also admitted to practice in the U.S. District Court Eastern District of Michigan, U.S. District Court Western District of Michigan, U.S. Bankruptcy Court Eastern District of Michigan, U.S. Bankruptcy Court Western District of Michigan, U.S. District Court – Northern District of Illinois, U.S. Court of Appeals 6th Circuit, the State of New York, the U.S. District Court for Southern District of New York, the U.S. District Court for the Eastern District of New York, the U.S. Court of Appeals 2nd Circuit, and the U.S. Supreme Court.

Before joining The Miller Law Firm, P.C. in 2012, Ms. Almonrode was a Partner at Sullivan, Ward, Asher & Patton, P.C., and Supervisor-Salaried Personnel at General Motors Corp.

Ms. Almonrode's pro bono activities have included working with the Detroit Institute of Arts and the Detroit Film Theatre Board.

**Oakland University, B.S., 1978**

**University of Detroit Mercy School of Law, J.D., 1981**

# THE **MILLER** LAW FIRM
A PROFESSIONAL CORPORATION

WWW.MILLER.LAW
950 WEST UNIVERSITY DR. SUITE 300
ROCHESTER, MI 48307
248-841-2200



## GREGORY A MITCHELL, ASSOCIATE
✉ **GAM@millerlawpc.com**

Gregory A. Mitchell is an associate attorney at The Miller Law Firm. Mr. Mitchell concentrates his practice in complex commercial litigation and consumer class actions.

Mr. Mitchell recently worked to secure a preliminary injunction to enforce an automotive supply agreement as to the allocation of tariff obligations.

Mr. Mitchell previously concentrated his practice in contractual disputes and real estate law, where he first-chaired trials, conducted depositions, and engaged in extensive motion practice.

Prior to joining The Miller Law Firm, Mr. Mitchell worked at a nationally recognized test preparation company as a director, manager, and faculty instructor, where he received several national awards for his performance as an instructor. Mr. Mitchell was also credited with co-authoring multiple textbooks.

Mr. Mitchell graduated from the University of Michigan, where he received his Bachelor of Arts degree in Economics. He earned his Juris Doctor from the University of Illinois where he focused his studies on law and economics.

Mr. Mitchell is admitted to practice in the State of Michigan and the United States District Court for the Eastern District of Michigan.

**University of Michigan, B.A., 2001**

**University of Illinois College of Law, J.D., 2005**