# Exhibit D

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW KOTILA, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>CHARTER FINANCIAL PUBLISHING NETWORK, INC.,<br><br>　　Defendant. | Case No. 1:22-cv-00704<br><br>Hon. Hala Y. Jarbou<br><br><br>CLASS ACTION |

**ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION PURSUANT TO RULES 23(a) & 23(b)(3), AND FOR LEAVE TO TAKE DISCOVERY PURSUANT TO RULE 55(b)(2)**

Before the Court is Plaintiff's Motion For Class Certification Pursuant to Rules 23(a) and 23(b)(3), and For Leave to Take Discovery Pursuant to Rule 55(b)(2). Upon consideration of the Motion and the accompanying Brief in Support and good cause appearing therein, it is hereby ORDERED that the Motion is GRANTED in the manner described below:

　　1.　　A damages class is certified pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3) defined as follows:

> [A]ll Michigan residents who, at any point during the relevant pre-July 31, 2016 time period, had their Private Reading Information disclosed to third parties by [Defendant] without consent[.]

*See* Compl. ¶ 49, ECF No. 1, PageID.18; and

1

2. Plaintiff is granted leave to take discovery to identify Class members and calculate damages pursuant to Fed. R. Civ. P. 55(b)(2).

Dated: _____

_____
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE