UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KOTILA,

    Plaintiff,

v.

    Case No. 1:22-cv-704

CHARTER FINANCIAL PUBLISHING
NETWORK, Inc.,

    Hon. Hala Y. Jarbou

    Defendant.
_____/

## **ORDER**

For the reasons stated in the Court's opinion entered this date:

**IT IS ORDERED** that Plaintiff's motion to certify a class (ECF No. 13) is **GRANTED** on the condition that he provides, and the Court approves, a more specific class definition. Plaintiff must provide his proposed definition within seven days of the date of this Order.

Dated: May 12, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE