UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KOTILA,

        Plaintiff,                           Case No. 1:22–cv–00704–HYJ–RSK

v.                                    Hon. Hala Y. Jarbou

CHARTER FINANCIAL PUBLISHING
NETWORK, INC.,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):           Motion for Protective Order – #18
Date/Time:          August 22, 2023   01:30 PM
Magistrate Judge:  Ray Kent
Place/Location:     584 Federal Building, Grand Rapids, MI

                                                  RAY KENT
                                                  U.S. Magistrate Judge

Dated:  July 25, 2023        By:    /s/ Faith Hunter Webb
                                              Judicial Assistant