# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW KOTILA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CHARTER FINANCIAL PUBLISHING NETWORK, INC.,<br><br>        Defendant. | Case No. 1:22-cv-00704<br><br>Hon. Hala Y. Jarbou<br><br><br><br>**CLASS ACTION** |

**PLAINTIFF'S MOTION TO CONTINUE THE FILING DEADLINE
SET FOR THE FILING OF PLAINTIFF'S
<u>MOTION FOR DEFAULT JUDGMENT</u>**

Plaintiff Matthew Kotila, individually and on behalf of all others similarly situated, respectfully moves this Court to continue the filing deadline set for Plaintiff's motion for default judgment for an additional 30 days. *See* ECF No. 17 ("**IT IS FURTHER ORDERED** that Plaintiff shall file his motion for default judgment by **August 16, 2023**) (emphasis in original).

Per the Court's Order conditionally granting Plaintiff's Motion to Certify the Class, ECF No. 17,  "Plaintiff is permitted to conduct discovery in accordance with the rules governing non-party witnesses so that Plaintiff can identify the class members for purposes of calculating damages." ECF No. 17,  PageID.659 (citing *Allied Enters., Inc. v. Brillcast, Inc.*, No. 1:15-cv-749, 2015 WL 13122945, at *3 (W.D. Mich. Nov. 17, 2015) (permitting similar discovery in the context of a default)). Plaintiff, while conducting the permitted discovery, has received requests from third-parties for the entry of a protective confidentiality order, as the data which these third parties possess are subject to confidentiality by the relevant governing contracts.

Thus, on July 25, 2023, Plaintiff filed his Motion for Protective Order and moved the Court for entry of a proposed Confidentiality Agreement and Protective Order. ECF No. 18. Following submission of the aforementioned motion, the motion was referred to Magistrate Judge Ray Kent. A hearing on the motion has now been

set for August 22, 2023 (ECF No. 19), or six days after the deadline for Plaintiff to file his motion for default judgment.

In light of the above, Plaintiff brings the present motion to request a continuance of the deadline to file Plaintiff's motion for default judgment insofar as the data which Plaintiffs seeks in the discovery process, through the entry of the requested protective order, is data that is necessary for Plaintiff to identify class members for purposes of calculating damages. *See* ECF No. 17, PageID.659.

WHEREFORE, Plaintiff respectfully requests that this Court continue the filing deadline set for Plaintiff's motion for default judgment for an additional 30 days, and set the new deadline for September 15, 2023.

Dated: August 2, 2023                     Respectfully Submitted,

                                          /s/ *E. Powell Miller*
                                          E. Powell Miller (P39487)
                                          THE MILLER LAW FIRM, P.C.
                                          950 W. University Drive, Suite 300
                                          Rochester, MI 48307
                                          Tel: 248-841-2200
                                          epm@millerlawpc.com

                                          Joseph I. Marchese
                                          Philip L. Fraietta
                                          BURSOR & FISHER, P.A.
                                          888 Seventh Avenue
                                          New York, New York 10019
                                          Tel: 646.837.7150
                                          Fax: 212.989.9163
                                          jmarchese@bursor.com
                                          pfraietta@bursor.com

Frank S. Hedin
David W. Hall
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
dhall@hedinhall.com

*Counsel for Plaintiff & Proposed Class
Counsel*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW KOTILA, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00704 |
| Plaintiff, | Hon. Hala Y. Jarbou |
| v. | |
| CHARTER FINANCIAL PUBLISHING NETWORK, INC., | **CLASS ACTION** |
| Defendant. | |

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE THE FILING DEADLINE SET FOR THE FILING OF <u>PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT</u>

For Plaintiff's Brief in Support, Plaintiff relies on the contents of his Motion, this Brief in Support (and Plaintiff's Motion for Protective Order and the accompanying exhibit thereto, ECF No. 18).

Dated: August 2, 2023    Respectfully Submitted,

            /s/ *E. Powell Miller*
            E. Powell Miller (P39487)
            THE MILLER LAW FIRM, P.C.
            950 W. University Drive, Suite 300
            Rochester, MI 48307
            Tel: 248-841-2200
            epm@millerlawpc.com

            Joseph I. Marchese
            Philip L. Fraietta
            BURSOR & FISHER, P.A.
            888 Seventh Avenue
            New York, New York 10019
            Tel: 646.837.7150
            Fax: 212.989.9163
            jmarchese@bursor.com
            pfraietta@bursor.com

            Frank S. Hedin
            David W. Hall
            HEDIN HALL LLP
            1395 Brickell Avenue, Suite 1140
            Miami, Florida 33131
            Tel: 305.357.2107
            Fax: 305.200.8801
            fhedin@hedinhall.com
            dhall@hedinhall.com

            *Counsel for Plaintiff & Proposed Class*
            *Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 2, 2023, a true and correct copy of the foregoing was served by electronic service via the Court's CM/ECF service on all counsel or parties of record on the service list in the above-entitled action. I further certify that a true and correct copy of the foregoing is being sent this same date to the persons listed below via prepaid first-class U.S. Mail:

- Charter Financial Publishing Network, Inc., c/o Cogency Global, 850 New Burton Road, Suite 201, Dover, DE 19904

/s/ <i>E. Powell Miller</i>
E. Powell Miller
