UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KOTILA,

        Plaintiff,                             Case No. 1:22–cv–00704–HYJ–RSK

v.                                     Hon. Hala Y. Jarbou

CHARTER FINANCIAL PUBLISHING
NETWORK, INC.,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Protective Order – #18 |
| Date/Time: | August 11, 2023   11:00 AM<br>*(previously set for 8/22/2023 at 1:30 PM)* |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

                                                          RAY KENT
                                                          U.S. Magistrate Judge

Dated:  August 2, 2023        By:   /s/ Faith Hunter Webb_____
                                                          Judicial Assistant