UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KOTILA,

       Plaintiff,

v.

CHARTER FINANCIAL PUBLISHING NETWORK, INC.,

       Defendant.
_____/

Case No. 1:22-cv-00704-HYJ-RSK

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed Plaintiff's Motion to Continue the Filing Deadline set for the Plaintiff's Filing of Motion for Default Judgment (ECF No. 20), **IT IS ORDERED** that Plaintiff's motion (ECF No. 20) is **DENIED**.

IT IS SO ORDERED.

Dated: August 2, 2023

    /s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge