# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW KOTILA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER FINANCIAL PUBLISHING NETWORK, INC., <br><br> Defendant. | Case No. 1:22-cv-00704 <br><br> Hon. Hala Y. Jarbou <br><br><br> **CLASS ACTION** |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL SUBMISSION OF SECOND AMENDED EXHIBIT IN SUPPORT OF PLAINTIFF'S MOTION <u>FOR PROTECTIVE ORDER (ECF NO. 18)</u>**

Plaintiff Matthew Kotila, individually and on behalf of all others similarly situated, submits this supplemental submission of Plaintiff's proposed Protective Order.

On July 25, 2023, Plaintiff filed his Motion for Protective Order and moved the Court for entry of a proposed Confidentiality Agreement and Protective Order. ECF No. 18. Following submission of the aforementioned motion, the motion was referred to Magistrate Judge Ray Kent. A hearing on the motion was set for August 22, 2023 (ECF No. 19), and then later reset for August 11, 2022. ECF No. 21.

On August 11, 2023, at the time and place for the notice of hearing, counsel for Plaintiff and the Court discussed the filing of an Amended Proposed Protective Order.

Plaintiff now files this notice of supplemental submission of Plaintiff's Second[1] Amended Exhibit 1 to Plaintiff's Motion for Protective Order (ECF No. 18) (**Exhibit 1** hereto), an updated proposed Protective Order that more *concisely* details the contours of the Protective Order.

Dated: August 11, 2023                Respectfully Submitted,

/s/ *E. Powell Miller*
E. Powell Miller (P39487)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307

---

[1] Earlier on August 11, 2023, Plaintiff filed his (First) Amended Proposed Protective Order. ECF No. 23.

Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
David W. Hall
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
dhall@hedinhall.com

*Counsel for Plaintiff & Proposed Class Counsel*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2023, a true and correct copy of the foregoing was served by electronic service via the Court's CM/ECF service on all counsel or parties of record on the service list in the above-entitled action. I further certify that a true and correct copy of the foregoing is being sent this same date to the persons listed below via prepaid first-class U.S. Mail:

- Charter Financial Publishing Network, Inc., c/o Cogency Global, 850 New Burton Road, Suite 201, Dover, DE 19904

                                             /s/ *E. Powell Miller*
                                             E. Powell Miller