UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:22-cv-00704-HYJ-RSK | |
| **Caption:**   Kotila v. Charter Financial Publishing Network, Inc. | |

| **Date:** August 11, 2023 | **Time:** 11:06 - 11:10 a.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |
|---|---|---|---|

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Gregory A. Mitchell | Matthew Kotila |
| **DEFENDANT:** | (*no appearance made*) | Charter Financial Publishing Network, Inc. |

## PROCEEDINGS

**NATURE OF HEARING:**

**MOTION HEARING** held regarding Motion for Protective Order by plaintiff Matthew Kotila (ECF No. 18); plaintiff to prepare a revised protective order for the approval by the Court.

Proceedings Digitally Recorded

Deputy Clerk: S. Carpenter