# Exhibit 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW KOTILA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER FINANCIAL PUBLISHING NETWORK, INC.,<br><br>    Defendant. | Case No. 1:22-cv-00704<br><br>Hon. Hala Y. Jarbou<br><br><br>**CLASS ACTION** |

## ORDER APPROVING PLAINTIFF'S PROPOSED CLASS NOTICE PLAN AND FOR ENTRY OF DEFAULT JUDGMENT

Defendant Charter Financial Publishing Network, Inc. ("Defendant") has failed to plead or otherwise defend this action, and a Clerk's Entry of Default has been issued on October 19, 2022. ECF No. 12. Plaintiff Matthew Kotila ("Plaintiff") has requested approval of Plaintiff's class notice plan and the entry of default judgment under Fed. R. Civ. P. 55(b)(2) against Defendant, and Plaintiff has filed a motion, supporting memorandum, and declaration ("Motion").

The Court, having considered Plaintiff's Complaint, Motion, and good cause being shown, IT IS HEREBY ORDERED as follows:

1.   Plaintiff's class action notice plan is approved;

2.   Plaintiff's request for entry of default judgment is approved;

3.   Plaintiff's allegations being deemed admitted, the amount of the default

1

judgment shall be in the amount of $5,000.00 per Class member, the statutory penalty provided by the Preservation of Personal Privacy Act, PPPA § 5(a), multiplied by the number of Class members who do not choose to opt out of the Class, as to be determined following the notice period.

    4.    The final award of damages shall be determined following the notice period;

Dated this ___ day of _____, 2023      _____

                                                                        U.S. District Court Judge