# Exhibit B

## UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MATTHEW KOTILA, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00704 |
| Plaintiff, | District Judge Hala Y. Jarbou |
| v. | Magistrate Judge Ray S. Kent |
| CHARTER FINANCIAL PUBLISHING NETWORK, INC., | |
| Defendant. | |

### DECLARATION OF CHRISTIAN EDDLESTON IN SUPPORT OF DEFENDANT CHARTER FINANCIAL PUBLISHING NETWORK, INC.'S MOTION TO SET ASIDE DEFAULT PURSUANT TO FED. R. CIV. P. 55(C)

Christian Eddleston states as follos for his Declaration in support of Defendant Charter Financial Publishing Network, Inc.'s ("CFPN") Motion to Set Aside Default Pursuant to Fed. R. Civ. P. 55(c) ("Motion to Set Aside Default"):

1.  I am employed by CFPN as its Head of Technology and make this Declaration in support of its Motion to Set Aside Default in that capacity based upon my personal knowledge and review of company records, except with respect to matters stated upon information and belief, which I believe to be true.

2.  In September 2023, at the request of Charles L. Stroller, CFPN's CEO and CFO, I searched CFPN's internal subscriber database records to determine whether the named plaintiff in this action, Matthew Kotila, was or had been a subscriber to *Financial Advisor*, a monthly, print magazine published by CFPN.

3.  The results of my search revealed no record for the name "Matthew Kotila"

within the database, which includes the names of individuals who had a subscription, whether active or lapsed, at any time over the last 7 years.

4. Because CFPN only provides copies of *Financial Advisor* magazine to licensed financial brokers or advisors, I also searched three databases recognized in the financial industry that provide information about licensed financial brokers and advisors: the Investment Advisor Public Disclosure website, https://adviserinfo.sec.gov, which is maintained by the Securities and Exchange Commission ("SEC"); "Brokercheck" (https://brokercheck.finra.org), which is maintained by the Financial Industry Regulatory Authority ("FINRA"); and Discovery Data (https://discoverydata.com"), which is maintained by Institutional Shareholder Services, Inc.

5. My searches of the foregoing websites, which upon information and belief include records for every U.S. state and territory, revealed no positive current or historical results for the name "Matthew Kotila."

6. I declare under penalty of perjury that the foregoing statements are true and correct.

FURTHER DECLARANT SAYETH NOT.

*[signature]*
Chrisitan Eddleston

Date: September 21, 2023