## UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MATTHEW KOTILA, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00704 |
| Plaintiff, | District Judge Hala Y. Jarbou |
| v. | Magistrate Judge Ray S. Kent |
| CHARTER FINANCIAL PUBLISHING NETWORK, INC., | |
| Defendant. | |

### W.D. Mich. L.R. 7.1(D) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANT CHARTER FINANCIAL PUBLISHING NETWORK, INC.'S MOTION TO SET ASIDE DEFAULT PURSUANT TO FED. R. CIV. P. 55(C)

The undersigned counsel for Defendant Charter Financial Publishing Network, Inc. ("CFPN"), in accordance with W.D. Mich. L.R. 7.1(d), hereby certifies that: (i) he attempted to ascertain whether counsel for Plaintiff Matthew Kotila would consent to or oppose CFPN's Motion to Set Aside Default Pursuant to Fed. R. Civ. P. 55(c) (ECF No. 29) in the manners described below; and (ii) consent was not obtained:

- Via email sent on September 19, 2023 to all counsel of record.
- During a videoconference call held on September 19, 2023.

        <u>/s/ *T.L. Summerville*</u>
        Brooks Wilkins Sharkey & Turco PLLC
        401 S. Old Woodward Avenue, Suite 400
        Birmingham, Michigan 48009
        (248) 971-1800
        summerville@bwst-law.com
        P63445

Case 1:22-cv-00704-HYJ-RSK   ECF No. 30,  PageID.804   Filed 09/21/23   Page 2 of 2