WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Matthew Kotila

    Plaintiff(s),

v.

Charter Financial Publishing Network, Inc.

    Defendant(s).
_____/

Case No. 1:22-cv-00704

District Judge Hala Y. Jarbou

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, **Charter Financial Publishing Network, Inc.** (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☒ No

2. Does party have any parent corporations? ☐ Yes ☒ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☒ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☒ No
   If yes, identify entity and nature of interest:

Date: October 3, 2023

_____
(Signature)

T.L. Summerville, attorney for Charter Financial Publishing Network, Inc.
P63445
401 S. Old Woodward, Ste. 400
Birmingham, Michigan 48009