UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MATTHEW KOTILA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER FINANCIAL PUBLISHING NETWORK, INC.,<br><br>Defendant. | Case No. 1:22-cv-00704<br><br>District Judge Hala Y. Jarbou<br><br>Magistrate Judge Ray S. Kent |

**CERTIFICATE OF COMPLIANCE REGARDING DEFENDANT CHARTER FINANCIAL PUBLISHING NETWORK, INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO SET ASIDE DEFAULT**

The undersigned counsel for Defendant Charter Financial Publishing Network, Inc. ("CFPN"), in accordance with W.D. Mich. L.R. 7.1(d), hereby certifies that: (i) he attempted to ascertain whether counsel for Plaintiff Matthew Kotila would consent to or oppose CFPN's Motion for Leave to File Reply Brief In Support of Its Motion to Set Aside Default Pursuant to Fed. R. Civ. P. 55(c) (ECF No. 33) in the manners described below; and (ii) consent was not obtained:

- Via email sent on October 30, 2023 to Philip L. Fraietta, counsel for Plaintiff.

Respectfully submitted,

**BROOKS WILKINS
SHARKEY & TURCO PLLC**

By: /s/T. L. Summerville
T. L. Summerville (P63445)
Attorneys for Defendant Charter Financial
Publishing Network, Inc.
401 S. Old Woodward Avenue, Suite 400

Birmingham, MI 48009
(248) 971-1719
summerville@bwst-law.com