UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KOTILA,

        Plaintiff,                        Case No. 1:22−cv−00704−HYJ−RSK

v.                                    Hon. Hala Y. Jarbou

CHARTER FINANCIAL PUBLISHING
NETWORK, INC.,

        Defendant.
_____/

## ORDER

The Court having reviewed Defendant Charter Financial Publishing Network, Inc.'s Motion for Leave to File Reply Brief in Support of Motion to Set Aside Default (ECF No. 35), **IT IS ORDERED** that Defendant's motion (ECF No. 35) is **GRANTED**. The Clerk of Court is directed to accept the proposed reply (ECF No. 35−1) for filing.

    IT IS SO ORDERED.

Dated:  November 1, 2023                         /s/ Hala Y. Jarbou
                                                         HALA Y. JARBOU
                                                         Chief United States District Judge