UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW KOTILA, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00704 |
| Plaintiff, | District Judge Hala Y. Jarbou |
| v. | Magistrate Judge Ray S. Kent |
| CHARTER FINANCIAL PUBLISHING NETWORK, INC., | |
| Defendant. | |

**CERTIFICATE OF COMPLIANCE REGARDING DEFENDANT CHARTER FINANCIAL PUBLISHING NETWORK, INC.'S MOTION FOR LEAVE TO FILE A RESPONSE BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

The undersigned counsel for Defendant Charter Financial Publishing Network, Inc. ("CFPN"), in accordance with W.D. Mich. L.R. 7.1(d), requested Plaintiff's concurrence to the relief requested in the Motion (ECF No. 39). On December 4, 2023, counsel for Plaintiff, Gregory A. Mitchell, Esq., denied such concurrence via email.

Respectfully submitted,

**BROOKS WILKINS
SHARKEY & TURCO PLLC**

By: */s/T. L. Summerville*
T. L. Summerville (P63445)
Attorneys for Defendant Charter Financial Publishing Network, Inc.
401 S. Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 971-1719
summerville@bwst-law.com