UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KOTILA,

    Plaintiff,       Case No. 1:22–cv–00704–HYJ–RSK

v.       Hon. Hala Y. Jarbou

CHARTER FINANCIAL PUBLISHING
NETWORK, INC.,

    Defendant.

_____/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:   December 13, 2023   02:00 PM
Chief Judge:   Hala Y. Jarbou
Place/Location:   by video

*Zoom conference information to be provided separately.*

    HALA Y. JARBOU
    Chief United States District Judge

Dated:  December 12, 2023    By:  /s/ B. Sauve
        Case Manager