UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MINUTES**

MATTHEW KOTILA,

    Plaintiff,

v.

CHARTER FINANCIAL PUBLISHING NETWORK, INC.,

    Defendant.

_____/

CASE NO. 1:22-cv-704
DATE: December 13, 2023
TIME: 2:02 PM – 2:12 PM
PLACE: Lansing (via Zoom)
JUDGE: Hala Y. Jarbou

**APPEARANCES**

PLAINTIFF(S):
E. Powell Miller
Frank S. Hedin
Philip L. Fraietta

DEFENDANT(S):

T. L. Summerville

**PROCEEDINGS**

NATURE OF HEARING:
Status conference held on the record; settlement reached in the case; deadline set for 2/16/2024 to file motion for preliminary approval; order to issue.

COURT REPORTER:    Trisha Cameron                                    /s/ B. Sauve
                                                                                                    CASE MANAGER