UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KOTILA,

    Plaintiff,

v.

CHARTER FINANCIAL PUBLISHING NETWORK, INC.,

    Defendant.
_____/

Case No. 1:22-cv-704

Hon. Hala Y. Jarbou

## ORDER

The Court held a status conference on the record, with all parties present, on December 13, 2023, where the parties indicated the case has settled.

Accordingly,

**IT IS ORDERED** that a motion for preliminary approval shall be filed by **February 16, 2024**.

Dated: December 13, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE