# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MATTHEW KOTILA AND ROBERT CRAUN, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00704 |
| Plaintiffs, | District Judge Hala Y. Jarbou |
| v. | Magistrate Judge Ray S. Kent |
| CHARTER FINANCIAL PUBLISHING NETWORK, INC., | |
| Defendant. | |

### STIPULATION TO SET ASIDE DEFAULT AS TO DEFENDANT <u>CHARTER FINANCIAL PUBLISHING NETWORK, INC.</u>

The parties hereto, by their undersigned counsel, stipulate to the entry of an Order setting aside the Default (ECF No. 12) entered on October 19, 2022, in this matter against defendant Charter Financial Publishing Network, Inc.

So stipulated:

| Counsel for Plaintiffs Matthew Kotila and Robert Craun and Class Counsel: | Counsel for Defendant Charter Financial Publishing Network, Inc.: |
|---|---|
| **THE MILLER LAW FIRM, P.C.** | **BROOKS WILKINS SHARKEY & TURCO PLLC** |
| <u>/s/ E. Powell Miller (w/permission)</u><br>E. Powell Miller (P39487)<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>Tel: 248-841-2200<br>epm@millerlawpc.com | <u>/s/ T.L. Summerville</u><br>T.L. Summerville (P63445)<br>401 S. Old Woodward Avenue, Suite 400<br>Birmingham, MI 48009<br>(248) 971-1719<br>summerville@bwst-law.com |
| **BURSOR & FISHER, P.A.**<br>Joseph I. Marchese | |

Philip L. Fraietta
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

**HEDIN LLP**
Frank S. Hedin
Arun G. Ravindran
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinllp.com
aravindran@hedinllp.com


Date: February 16, 2024