## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

MATTHEW KOTILA AND ROBERT KOTILA, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

CHARTER FINANCIAL PUBLISHING NETWORK, INC.,

    Defendant.

Case No. 1:22-cv-00704

District Judge Hala Y. Jarbou

Magistrate Judge Ray S. Kent

### ORDER SETTING ASIDE DEFAULT AS TO DEFENDANT CHARTER FINANCIAL PUBLISHING NETWORK, INC.

Pursuant to the stipulation of counsel for the parties, submitted on February 16, 2024, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the Default (ECF No. 12) entered in this action on October 19, 2022 against defendant Charter Financial Publishing Network, Inc. shall be, and hereby is, SET ASIDE.

IT IS SO ORDERED.

Dated:_____

                                                  HALA Y. JARBOU
                                                CHIEF UNITED STATES DISTRICT JUDGE