UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KOTILA, et al.,

      Plaintiffs,                      Case No. 1:22–cv–00704–HYJ–RSK

v.                                   Hon. Hala Y. Jarbou

CHARTER FINANCIAL PUBLISHING
NETWORK, INC.,

      Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Omnibus Hearing
Date/Time:             June 26, 2024   09:00 AM
Chief Judge:           Hala Y. Jarbou
Place/Location:      128 Federal Building, Lansing, MI

                                         HALA Y. JARBOU
                                         Chief United States District Judge

Dated:  February 21, 2024      By:   <u>/s/ B. Sauve</u>
                                         Case Manager