UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KOTILA, et al.,

    Plaintiff,

v.

CHARTER FINANCIAL PUBLISHING
NETWORK, INC.,

    Defendant.
_____/

Case No. 1:22-cv-704

Hon. Hala Y. Jarbou

## ORDER

An Order Setting Aside Default as to Defendant Charter Financial Publishing Network, Inc. (ECF No. 53) granting the parties' Stipulation to Set Aside Default as to Defendant Charter Financial Publishing Network, Inc. (ECF No. 48) was issued on February 21, 2024.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Default Judgment Pursuant to Rules 23(b)(3) and 55(b)(2) and Approval of Plaintiff's Proposed Class Notice Plan (ECF No. 27), Defendant Charter Financial Publishing Network, Inc.'s Motion to Set Aside Default Pursuant to Fed.R.Civ.P.55(C) (ECF No. 29), and Defendant Charter Financial Publishing Network, Inc.'s Motion for Leave to File Response Brief in Support of Motion for Default Judgment (ECF No. 39) are **DENIED as moot**.

Dated: February 23, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE