IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MATTHEW KOTILA and ROBERT CRAUN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER FINANCIAL PUBLISHING NETWORK, INC.,<br><br>Defendant. | Case No. 2:22-cv-00704-HYJ-RSK<br><br>Hon. Hala Y. Jarbou<br><br>Mag. Judge Ray S. Kent<br><br>**CLASS ACTION** |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR SERVICE AWARDS AND FEE AWARD**

Plaintiffs respectfully request leave to file an oversized Brief in Support of Plaintiffs' Unopposed Motion for Service Awards and Fee Award (the "Fee Petition Brief"), which contains 11,258 words.

1. This is a complex class action, and the settlement involves the resolution of putative claims against Defendant by thousands of Class Members.

2. In order to fully address the issues involved in the Plaintiffs' Motion for Service Awards and Fee Award, and to discuss each of the relevant factors, the Fee Petition Brief contains 11,258 words, which exceeds the word limit established

1

by W.D. Mich. LCivR 7.2(b)(i), 10,800 words – and also that set forth in W.D. Mich. LCivR 7.3(b)(i), 4,300 words.

3.   Pursuant to Local Rule 7.1(c), this Court has discretion to enlarge any word count established under the Local Rules.

4.   Plaintiffs therefore respectfully request leave to file a Fee Petition brief in excess of the word limitations provided by the local rules, not to exceed 11,258 words.

5.   Counsel for Plaintiffs sought concurrence from Counsel for Defendant, and Defendant does not oppose the requested relief to exceed word limits.

WHEREFORE, Plaintiffs request that this Court grant Plaintiffs leave to file an oversized Fee Petition Brief not to exceed 11,258 words.

Dated:  May 6, 2024                          Respectfully submitted

/s/ E. Powell Miller
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248.841.2200
epm@millerlawpc.com

Frank S. Hedin
Arun G. Ravindran
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinllp.com
aravindran@hedinllp.com

Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

I, E. Powell Miller, an attorney, hereby certify that on May 6, 2024, I served the above and foregoing on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

*/s/ E. Powell Miller*
E. Powell Miller
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste 300
Rochester, MI 48307
Tel: 248.841.2200