IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MATTHEW KOTILA and ROBERT CRAUN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER FINANCIAL PUBLISHING NETWORK, INC.,<br><br>Defendant. | Case No. 2:22-cv-00704-HYJ-RSK<br><br>Hon. Hala Y. Jarbou<br><br>Mag. Judge Ray S. Kent<br><br>**CLASS ACTION** |

## CERTIFICATE REGARDING CONCURRENCE

Pursuant to Local Rule 7.1(d), on May 2, 2024, Counsel for Plaintiffs requested concurrence in the relief sought by *Plaintiffs' Unopposed Motion for Leave to File an Oversized Brief in Support of Plaintiffs' Unopposed Motion for Service Awards and Fee Award* from counsel for Defendant. On May 3, 2024, Counsel for Defendant communicated that Defendant does not oppose Plaintiffs' Motion for Leave to File an Oversized Memorandum of Law in Support of Plaintiffs' Motion for Service Awards and Fee Award.

Dated:  May 6, 2024           Respectfully submitted

                                                    */s/ E. Powell Miller*
                                                    E. Powell Miller (P39487)
                                                    **THE MILLER LAW FIRM, P.C.**
                                                    950 W. University Drive, Suite 300

Rochester, MI 48307
Tel: 248.841.2200
epm@millerlawpc.com

Frank S. Hedin
Arun G. Ravindran
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinllp.com
aravindran@hedinllp.com

Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

I, E. Powell Miller, an attorney, hereby certify that on May 6, 2024, I served the above and foregoing on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

*/s/ E. Powell Miller*
E. Powell Miller
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste 300
Rochester, MI 48307
Tel: 248.841.2200