UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KOTILA, et al.,

       Plaintiffs,                    Case No. 1:22-cv-00704-HYJ-RSK

v.                                  Hon. Hala Y. Jarbou

CHARTER FINANCIAL PUBLISHING
NETWORK, INC.,

       Defendant.
_____/

## ORDER

     The Court having reviewed Plaintiffs' Unopposed Motion for Leave to File an Oversized Brief in Support of Plaintiffs' Unopposed Motion for Service Awards and Fee Award (ECF No. 56), **IT IS ORDERED** that Plaintiffs' motion (ECF No. 56) is **GRANTED**.

     IT IS SO ORDERED.

Dated:  May 6, 2024                       /s/ Hala Y. Jarbou
                                               HALA Y. JARBOU
                                             Chief United States District Judge