# **INDEX OF EXHIBITS**

A-   Declaration of E. Powell Miller in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement

B-   Declaration of Frank S. Hedin in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement

C-   Declaration of Philip L. Fraietta in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement

D-   Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement

E-   Final Judgment and Order of Dismissal With Prejudice [Proposed]