# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MATTHEW KOTILA, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00704 |
| Plaintiff, | District Judge Hala Y. Jarbou |
| v. | Magistrate Judge Ray S. Kent |
| CHARTER FINANCIAL PUBLISHING NETWORK, INC., | |
| Defendant. | |

**ORDER GRANTING DEFENDANT CHARTER FINANCIAL PUBLISHING NETWORK, INC.'S MOTION TO <u>ADJOURN FINAL SETTLEMENT APPROVAL HEARING</u>**

This matter having come before the Court upon the motion of Defendant Charter Financial Publishing Network, Inc., and the Court having considered the Motion, finding cause to grant same, and being otherwise advised in the premises;

IT IS HEREBY ORDERED that the final settlement approval hearing date, currently scheduled for June 26, 2024, at 9:00 a.m., shall be and is ADJOURNED to _____ 2024, at _____ at 128 Federal Building & US Post Office, 315 W. Allegan Street, Lansing, MI 48933.

IT IS SO ORDERED.


Dated:_____                    _____
                                            HALA Y. JARBOU
                                            CHIEF UNITED STATES DISTRICT JUDGE