UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MATTHEW KOTILA, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00704 |
| Plaintiff, | District Judge Hala Y. Jarbou |
| v. | Magistrate Judge Ray S. Kent |
| CHARTER FINANCIAL PUBLISHING NETWORK, INC., | |
| Defendant. | |

**CERTIFICATE OF COMPLIANCE REGARDING DEFENDANT CHARTER FINANCIAL PUBLISHING NETWORK, INC.'S MOTION TO ADJOURN FINAL SETTLEMENT APPROVAL HEARING**

The undersigned counsel for Defendant Charter Financial Publishing Network, Inc. ("CFPN"), in accordance with W.D. Mich. L.R. 7.1(d), that counsel for Plaintiff Matthew Kotila opposes the relief requested in the Motion (ECF No. 63), per email sent by Philip L. Fraietta on June 13, 2024.

Respectfully submitted,

**BROOKS WILKINS SHARKEY & TURCO PLLC**

By: /s/T. L. Summerville
T. L. Summerville (P63445)
Attorneys for Defendant Charter Financial Publishing Network, Inc.
401 S. Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 971-1719
summerville@bwst-law.com