UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MINUTES**

MATTHEW KOTILA,

    Plaintiff,

v.

CHARTER FINANCIAL PUBLISHING
NETWORK, INC.,

    Defendant.
_____/

CASE NO. 1:22-cv-704
DATE: June 26, 2024
TIME: 9:11 AM – 9:46 AM
PLACE: Lansing
JUDGE: Hala Y. Jarbou

**APPEARANCES**

PLAINTIFF(S):
E. Powell Miller
Gregory A. Mitchell
Matthew A. Girardi

DEFENDANT(S):

T. L. Summerville

**PROCEEDINGS**

NATURE OF HEARING:
Fairness Hearing held; Defendant's motion to adjourn (ECF No. 63) denied; order to issue; Plaintiffs' Motion for Service Awards and Fee Award (ECF No. 58) and Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF No. 61) granted; order to issue.

COURT REPORTER:    Trisha Cameron              /s/ B. Sauve
                                                                      CASE MANAGER