UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW KOTILA and ROBERT CRAUN, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00704 |
| Plaintiffs, | District Judge Hala Y. Jarbou |
| v. | Magistrate Judge Ray S. Kent |
| CHARTER FINANCIAL PUBLISHING NETWORK, INC., | |
| Defendant. | |

**CERTIFICATE OF COMPLIANCE REGARDING BROOKS WILKINS SHARKEY & TURCO, PLLC'S MOTION TO WITHDRAW AS COUNSEL**

In accordance with W.D. Mich. L.R. 7.1(d), the undersigned certifies that (i) he attempted to ascertain whether plaintiffs Matthew Kotila and Robert Craun would consent to Brooks Wilkins Sharkey & Turco PLLC's motion to withdraw as counsel (ECF No. 69) by email dated November 27, 2024, and (ii) counsel for Plaintiffs stated their opposition to the motion.

Respectfully submitted,

**BROOKS WILKINS
SHARKEY & TURCO PLLC**

By: */s/T. L. Summerville*
    T. L. Summerville (P63445)
    Attorneys for Defendant Charter Financial
    Publishing Network, Inc.
    401 S. Old Woodward Avenue, Suite 400
    Birmingham, MI 48009
    (248) 971-1719
    summerville@bwst-law.com

Date: December 3, 2024