## **INDEX OF EXHIBITS**

1. Declaration of Patrick M. Passarella of Kroll Settlement Administration LLC Regarding Settlement Funding and Administration Costs

2. Declaration of Philip L. Fraietta