# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MATTHEW KOTILA and ROBERT CRAUN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHARTER FINANCIAL PUBLISHING NETWORK, INC., <br><br> Defendant. | Case No. 2:22-CV-00704-HYJ-RSK <br><br> Hon. Hala Y. Jarbou <br><br> Mag. Judge Ray S. Kent <br><br> **CLASS ACTION** |

## CERTIFICATE REGARDING CONCURRENCE

Pursuant to Local Rule 7.1(d), on December 3-4, Class Counsel requested concurrence in the relief sought by *Plaintiffs' Motion for Defendant to be Held in Civil Contempt of Court* from counsel for Defendant.

Class Counsel communicated with Defendant's counsel via email explaining the nature of the relief to be sought by way of this motion and seeking his client's concurrence. On December 3, 2024, Defendant's counsel responded that Defendant has requested until December 13, 2024 to fund the Settlement, but otherwise has not provided Defendant's position or concurrence in the filing of this Motion.

Dated:  December 4, 2024            Respectfully submitted

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248.841.2200
epm@millerlawpc.com

Frank S. Hedin
Arun G. Ravindran
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinllp.com
aravindran@hedinllp.com

Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I, E. Powell Miller, an attorney, hereby certify that on December 4, 2024, I served the above and foregoing *Plaintiffs' Motion for Defendant to be Held in Civil Contempt of Court* on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

                                                */s/ E. Powell Miller*
                                                E. Powell Miller
                                                **THE MILLER LAW FIRM, P.C.**
                                                950 W. University Dr., Ste 300
                                                Rochester, MI 48307
                                                Tel: 248.841.2200