UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KOTILA, et al.,

    Plaintiffs,                   Case No. 1:22–cv–00704–HYJ–RSK

v.                                 Hon. Hala Y. Jarbou

CHARTER FINANCIAL PUBLISHING
NETWORK, INC.,

    Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Withdraw as Attorney – #69<br>Motion for Contempt – #71 |
| Date/Time: | December 20, 2024   11:00 AM |
| Chief Judge: | Hala Y. Jarbou |
| Place/Location: | 128 Federal Building, Lansing, MI |

**If the parties have resolved any portion of the motion(s), they shall file a joint status report two business days before the hearing identifying what issues remain in dispute.**

                                    HALA Y. JARBOU
                                    Chief United States District Judge

Dated:  December 9, 2024      By:  /s/ A. Seymore
                                          Judicial Assistant