IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MATTHEW KOTILA and ROBERT CRAUN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER FINANCIAL PUBLISHING NETWORK, INC.,<br><br>Defendant. | Case No. 2:22-CV-00704-HYJ-RSK<br><br>Hon. Hala Y. Jarbou<br><br>Mag. Judge Ray S. Kent |

**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO BROOKS WILKINS SHARKEY & TURCO PLLC'S MOTION TO WITHDRAW AS COUNSEL**

Plaintiffs Matthew Kotila and Robert Craun, Court-appointed Class Representatives for the certified Settlement Class, by and through Court-appointed Class Counsel, submit this Notice of non-opposition to Brooks Wilkins Sharkey & Turco PLLC's motion to withdraw as counsel for Defendant Charter Financial Publishing Network, Inc. to be held in contempt of court (ECF No. 69).[1]

---

[1] Plaintiffs had previously indicated to the Court that they would be filing an opposition brief – the underlying issue have now been resolved to Plaintiffs' satisfaction. Defendant, as of December 13, 2024, has fully funded the Settlement.

1

Dated: December 13, 2024      Respectfully submitted,

By: */s/ E. Powell Miller*
One of Plaintiffs' Attorneys

E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248.841.2200
epm@millerlawpc.com
ssa@millerlawpc.com

Joseph I. Marchese (P85862)
jmarchese@bursor.com
Philip L. Fraietta (P85228)
pfraietta@bursor.com
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

Frank S. Hedin
fhedin@hedin.com
Arun G. Ravindran
aravindran@hedin.com
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801

*Class Counsel*

## **CERTIFICATE OF SERVICE**

I, E. Powell Miller, an attorney, hereby certify that on December 13, 2024, I served the above and foregoing on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

>/s/ *E. Powell Miller*
>E. Powell Miller
>**THE MILLER LAW FIRM, P.C.**
>950 W. University Dr., Ste 300
>Rochester, MI 48307
>Tel: 248.841.2200