# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MATTHEW KOTILA and ROBERT CRAUN, individually and on behalf of all others similarly situated, <br><br><br> Plaintiffs, <br><br> v. <br><br> CHARTER FINANCIAL PUBLISHING NETWORK, INC., <br><br><br> Defendant. | Case No. 2:22-CV-00704-HYJ-RSK <br><br> Hon. Hala Y. Jarbou <br><br> Mag. Judge Ray S. Kent |

## PLAINTIFFS' CORRECTED NOTICE OF WITHDRAWAL OF MOTION FOR DEFENDANT TO BE HELD IN CIVIL CONTEMPT OF COURT

Plaintiffs Matthew Kotila and Robert Craun, Court-appointed Class Representatives for the certified Settlement Class, by and through Court-appointed Class Counsel, submit this Corrected Notice of Withdrawal of motion for Defendant Charter Financial Publishing Network, Inc. to be held in contempt of court (ECF No. 71).[1] The Parties have satisfactorily resolved the issues raised in Plaintiffs' Motion – Defendant, as of December 13, 2024, has fully funded the Settlement.

---

[1]     This Corrected Notice is filed as a correction to ECF No. 74, which included the attaching of the incorrect document.

1

Dated: December 13, 2024          Respectfully submitted,

By: */s/ E. Powell Miller*
One of Plaintiffs' Attorneys

E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248.841.2200
epm@millerlawpc.com
ssa@millerlawpc.com

Joseph I. Marchese (P85862)
jmarchese@bursor.com
Philip L. Fraietta (P85228)
pfraietta@bursor.com
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

Frank S. Hedin
fhedin@hedin.com
Arun G. Ravindran
aravindran@hedin.com-
**HEDIN LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801

*Class Counsel*

## CERTIFICATE OF SERVICE

I, E. Powell Miller, an attorney, hereby certify that on December 13, 2024, I

served the above and foregoing on all counsel of record by filing it electronically

with the Clerk of the Court using the CM/ECF filing system.

*/s/ E. Powell Miller*
E. Powell Miller
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste 300
Rochester, MI 48307
Tel: 248.841.2200