UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW KOTILA, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00704 |
| Plaintiff, | District Judge Hala Y. Jarbou |
| v. | Magistrate Judge Ray S. Kent |
| CHARTER FINANCIAL PUBLISHING NETWORK, INC., | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

Blair Agron Cami states that on December 18, 2024, a copy of the **Order Granting BWST's Motion to Withdraw as Counsel** has been served via email and regular mail to the following:

Charlie Stroller, President
Charter Financial Publishing Network, Inc.
149 Avenue at the Common, Suite 201
Shrewsbury, NJ 07702

Stephanie Perrin
Charter Financial Publishing Network, Inc.
149 Avenue at the Common, Suite 201
Shrewsbury, NJ 07702

*/s/ Blair Agron Cami*
Blair Agron Cami, Legal Secretary